IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPER POMPA-VILLA, Defendant. | Case No. 3:21-cr-00031-JMK<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |
|---|---|

A plea agreement was filed in this case at Docket 261. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Pompa-Villa entered a guilty plea to Counts 2 and 24 of the Indictment, which are violations of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, and 18 U.S.C. § 1956(h), Money Laundering Conspiracy, respectively, as well as an admission to Criminal Forfeiture Allegation 1.

Judge Scoble issued a Final Report and Recommendation at Docket 267, in which he recommended that the District Court accept the Defendant's plea of guilty to Counts 2 and 24 of the Indictment and his admission to Criminal Forfeiture Allegation 1. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 2 of the Indictment, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, and Count 24 of the Indictment, Money Laundering Conspiracy, and his admission to Criminal Forfeiture Allegation 1. Defendant is adjudged GUILTY of Counts 2 and 24.

The Imposition of Sentence hearing in this matter is confirmed for November 28, 2022, at 10:00 a.m. in Anchorage Courtroom 3.

DATED this 29th day of September, 2022, at Anchorage, Alaska.

                                         */s/ Joshua M. Kindred*
                                         JOSHUA M. KINDRED
                                         United States District Judge

*United States v. Christopher Pompa-Villa*      Case No. 3:21-cr-00031-JMK
Order re Final Report and Recommendation      Page 2
Case 3:21-cr-00031-JMK-MMS    Document 311    Filed 09/29/22    Page 2 of 2